_____ FILED    _____ ENTERED
_____ LOGGED   _____ RECEIVED

MAR 16 2020

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

To: clerk of court

My name is Tevin Rogers # 462386 I am currently an inmate at MCTC 18800 Roxbury rd in Hagerstown, Md; I am writing you because I seek to file a civil lawsuit against the Baltimore city police department and officers

- Wayne E Jenkins
- Maurice Ward Jr
- Evodlo Hendrix
- Marcus Taylor

All officers apart of the Guntrace task force.

I was arrested by these officers after they arrested me for a loaded fire arm that I had no knowledge of. They made up false allegations in the statement of facts to justify arresting me for a gun I believe they planted. I went to trial in attempt to prove my innocence and was convicted after all four officers testified under oath and lied on the stand (While they were under investigation) I was ultimately found guilty by the jury and sentenced to 10 years by the judge. My case was overturned more then a year later. I am and indigent inmate and I am also homeless. I need as attorney appointed to assist me in this matter. Please a Thankyou